UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| vs. | § | C.A. No.: B-03-013 |
| | § | (Claim No. 83495) |
| JORGE G. AMARO, | § § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

APR 2 2 2003

Michael N. Milby
Clerk of Court

## MOTION FOR ENTRY OF AGREED JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW United States of America ("USA"), plaintiff, and moves for entry of the agreed judgment signed by defendant Jorge G. Amaro.

WHEREFORE, plaintiff ask the court to sign the agreed judgment filed with this motion.

Respectfully Submitted,

By: _____
M. H. Cersonsky, TBA #04048500, SD#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for United States of America**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was sent on April 16, 2003, to:

Jorge G. Amaro
1417 Paulita Street
San Benito, Texas 78586

_____
M. H. Cersonsky

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION: B-03-013 |
| JORGE G. AMARO, | § § | (Claim: C-83495) |
| Defendant. | § § | |

## Agreed Judgment

1. On the agreement of the parties, it is adjudged that the USA recover from Jorge G. Amaro:

   A. Principal of $1,726.20;
   B. Prejudgment interest of $1,182.70 to August 28, 1998, and daily accrual of $0.40 per diem until the date of judgment;
   C. Attorney's fees of $550.00;

   Post-judgment interest at _____% per annum.

   Amaro will make monthly payments of $108.84, beginning February 28, 2003 and continue to make monthly payments in that amount on the same day of each month for (36) thirty-six months until paid in full.

2. Monthly payments will be mailed to:    Central Intake Facility
                                          United States Department of Justice
                                          P. O. Box 198558
                                          Atlanta, Georgia  30384.

3. Execution may issue immediately if the defendant defaults on payment.

   Signed: _____, 2002, at Brownsville, Texas.

                                          _____
                                          John William Black
                                          United States District Judge

Approved and Entry Requested:

By: _____          By: _____
M. H. Cersonsky, TBA#0408560, SBA #5082        Jorge G. Amaro
Jim L. Garcia, TBA#07636700, SBA#8115          1417 Paulita Street
5065 Westheimer, Suite 600                     San Benito, Texas 78586
Houston, Texas  77056
Tel. (713) 840-1492  Fax (713) 840-0038
**Attorneys for the United States of America**

Of Counsel:
Alonso, Cersonsky & Garcia, P.C.