UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 0 8 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> JORGE G. AMARO, § <br> § <br> Defendant. § | CIVIL ACTION: B-03-013 <br> (Claim: C-83495) |

## Agreed Judgment

1. On the agreement of the parties, it is adjudged that the USA recover from Jorge G. Amaro:

   A. Principal of $1,726.20;
   B. Prejudgment interest of $1,182.70 to August 28, 1998, and daily accrual of $0.40 per diem until the date of judgment;
   C. Attorney's fees of $550.00;

   Post-judgment interest at __1.25__ % per annum.

   Amaro will make monthly payments of $108.84, beginning February 28, 2003 and continue to make monthly payments in that amount on the same day of each month for (36) thirty-six months until paid in full.

2. Monthly payments will be mailed to:   Central Intake Facility
   United States Department of Justice
   P. O. Box 198558
   Atlanta, Georgia 30384.

3. Execution may issue immediately if the defendant defaults on payment.

   Signed: __May 6__, 2003, at Brownsville, Texas.

   _____
   John William Black
   United States District Judge

Approved and Entry Requested:

By: _____
M. H. Cersonsky, TBA#0408560, SBA #5082
Jim L. Garcia, TBA#07636700, SBA#8115
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. (713) 840-1492 Fax (713) 840-0038
Attorneys for the United States of America

By: _____
Jorge G. Amaro
1417 Paulita Street
San Benito, Texas 78586

Of Counsel:
Alonso, Cersonsky & Garcia, P.C.